UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13-cv-00002-RJC

| ANTHONY LEE RUTHERFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBBIE HOLLAND, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to waive the cost of copying documents related to his civil rights complaint which is filed pursuant to 42 U.S.C. § 1983. The Court finds that Plaintiff's motion should be denied at this time. 28 U.C.S. § 1915A(b)(1) provides that the Court conduct an initial review of a § 1983 complaint filed by a prisoner. Plaintiff has submitted a 20-page complaint and filed 19 attachments which total 200 pages. The Court is conducting an initial review of Plaintiff's submissions in an effort to determine whether Plaintiff's complaint survives the review under § 1915A(b)(1). Therefore, Plaintiff's motion will be denied without prejudice at this time.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to waive copying costs is **DENIED** without prejudice. (Doc. No. 9).

Signed: December 3, 2013

Robert J. Conrad, Jr.
United States District Judge