# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Anthony Lee Rutherford, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00002-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Robbie Holland, Macon County Sheriff, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2016 Order.

March 4, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court